DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER A. LIMONGELLO,**
Appellant,

v.

**WATERBERRY HOMEOWNERS' ASSOCIATION, INC.,**
Appellee.

No. 4D22-2614

[June 22, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case No. 502021SC004801.

Peter A. Limongello, Boca Raton, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***